UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRECK WILLIAMS AND TARISA WILLIAMS** | * <br> * CIVIL ACTION NO. <br> * <br> * | 2:09-cv-00065 <br> c/w <br> 2:16-cv-13136 |
| **v.** | * JUDGE IVAN LEMELLE <br> * <br> * | |
| **RUST ENGINEERING AND CONSTRUCTION, INC., ET AL.** | * MAGISTRATE JUDGE DANA DOUGLAS <br> * <br> * <br> * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### OWL INTERNATIONAL, INC. d/b/a GLOBAL ASSOCIATES AND RUST ENGINEERING & CONSTRUCTION, INC.'S MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Owl International, Inc. d/b/a/ Global Associates, and Rust Engineering & Construction, Inc. (hereinafter "Williams II Defendants") and moves this Court to dismiss all claims against them with prejudice due to the Plaintiffs' claims being prescribed. In support of this Motion the Williams II Defendants offers its separately filed memorandum in support.

**WHEREFORE,** Defendants, Owl International, Inc. d/b/a/ Global Associates, and Rust Engineering & Construction, Inc. respectfully request that this Court grant its Motion and dismiss all claims against them with prejudice.

This, the 14th day of November, 2022.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully Submitted:

**MARON MARVEL BRADLEY & ANDERSON LLC**

*/s/Richard M. Crump*
RICHARD M. CRUMP (#30460)
AUTUMN T. BREEDEN (#37604)
201 St. Charles Avenue, Suite 2411
New Orleans, LA 70139-6001
Telephone: (504) 684-5100
Facsimile: (504) 613-0067

*Attorneys for Owl International, Inc.,*

*d/b/a Global Associates*

**SULZER & WILLIAMS, LLC**

*/s/Robert E. Williams, IV*
ROBERT E. WILLIAMS, IV
201 Holiday Blvd., Suite 335
Covington, LA 70433
Telephone: (985) 898-0608
Facsimile: (985) 898-0871

*Attorney for Rust Engineering & Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing of ECF registrants. I also certify that a copy of the foregoing was forwarded by United States Mail, postage prepaid and properly, to all to non-ECF registrants.

*/s/Richard M. Crump*
RICHARD M. CRUMP (#30460)