UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **BRECK WILLIAMS AND** | * CIVIL ACTION NO. | 2:09-cv-00065 |
| **TARISA WILLIAMS** | * | c/w |
|  | * | 2:16-cv-13136 |
|  | * |  |
| **v.** | * JUDGE IVAN LEMELLE |  |
|  | * |  |
|  | * |  |
| **RUST ENGINEERING AND** | * MAGISTRATE JUDGE DANA DOUGLAS |  |
| **CONSTRUCTION, INC., ET AL.** | * |  |
|  | * |  |
|  | * |  |

**************************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion to Dismiss filed herewith by Defendants Owl International, Inc. d/b/a/ Global Associates, and Rust Engineering & Construction, Inc., shall be submitted before the Honorable Ivan Lamelle, Senior District Court Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on December 7, 2022 at 9:00 a.m.

This, the 14th day of November, 2022.

        Respectfully Submitted:

        **MARON MARVEL BRADLEY & ANDERSON LLC**

        */s/Richard M. Crump*
        RICHARD M. CRUMP (#30460)
        AUTUMN T. BREEDEN (#37604)
        201 St. Charles Avenue, Suite 2411
        New Orleans, LA 70139-6001
        Telephone: (504) 684-5100
        Facsimile: (504) 613-0067
        *Attorneys for Owl International, Inc.,*
        *d/b/a Global Associates*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing of ECF registrants. I also certify that a copy of the foregoing was forwarded by United States Mail, postage prepaid and properly, to all to non-ECF registrants.

                                              */s/Richard M. Crump*
                                              RICHARD M. CRUMP (#30460)