# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRECK WILLIAMS** | * | **CIVIL ACTION NO.** |
| **and TARSIA WILLIAMS** | * | **2:09-cv-00065** |
| | * | **c/w** |
| **v.** | * | **2:16-cv-13136** |
| | * | |
| **LOCKHEED MARTIN, ET AL** | * | **JUDGE: IVAN L. R. LEMELLE** |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |

## THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** comes defendant, The Boeing Company ("Boeing"), through its undersigned counsel, which pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for the entry of summary judgment in its favor as to all claims asserted by Plaintiffs against Boeing in the above-captioned matter. The legal and factual grounds for Boeing's Motion for Summary Judgment are set forth in the accompanying Memorandum of Law and Local Rule 56.1 Statement of Uncontested Facts.

**WHEREFORE**, defendant, The Boeing Company, respectfully requests that the Court grant its Motion for Summary Judgment and issue the accompanying Order entering summary judgment in its favor, thereby dismissing the claims Plaintiffs asserted against it, and awarding such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**MG+M Law Firm**

*/s/ Danielle M.S. Riera*
Glenn L. M. Swetman, Bar No. 21904
Christopher O. Massenburg, Bar No. 26989
Jeanette S. Riggins, Bar No. 27056
Brandie M. Thibodeaux, Bar No. 29344
B. Adam Hays, Bar No. 30255
Natasha A. Corb, Bar No. 35720
Meghan B. Senter, Bar No. 34088
Amanda L. Deto, Bar No. 37949
Danielle M.S. Riera, Bar No. 37866
Vikram S. Bhatia, Bar No. 37586
Mary A. Reed, Bar No. 38641
Alexandra D. Bourbon, Bar No. 38605
365 Canal Street, Suite 3000
New Orleans, Louisiana 70130
Telephone: 504-535-2880
Facsimile: 504-535-2886
Email: AsbLitLa@mgmlaw.com

**Howard P. Goldberg**
(Admitted *pro hac vice*)
**John T. Hugo**
(Admitted *pro hac vice*)
**Stephanie M. Chesney**
(Admitted *pro hac vice*)
MG+M Law Firm
125 High Street
Oliver Street Tower, 6th Floor
Boston, MA 02110
Telephone: (617) 670-8800
Email: HGoldberg@mgmlaw.com
JHugo@mgmlaw.com
SChesney@mgmlaw.com

and

**Dane S. Ciolino,** Bar No. 19311
DANE S. CIOLINO, LLC
18 Farnham Pl.
Metairie, LA 70005
Phone: (504) 975-3263
Dane@daneciolino.com

*Attorneys for The Boeing Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Danielle M.S. Riera*
Danielle M.S. Riera