```
 1          IN THE UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF PENNSYLVANIA

 3   IN RE: ASBESTOS PRODUCTS

 4   LIABILITY LITIGATION (NO. VI)

 5   CONSOLIDATED WITH MDL NO. 875

 6   **************************************************

 7             UNITED STATES DISTRICT COURT

 8             EASTERN DISTRICT OF LOUISIANA

 9   FRANK WILLIAMS, JR.

10          (E.D. Pa. Case No. 2:09-cv-70101-ECR-MFA)

11   VERSUS

12          (E.D. La. Case No. 2:09-cv-90065-ILRL-JCW)

13   LOCKHEED MARTIN CORP., ET AL

14   **************************************************

15   Deposition of MR. BRECK WILLIAMS, taken by

16   Defendant Lockheed Martin Corporation, pursuant to

17   notice, at the Didriksen Law Office, 3114 Canal

18   Street, New Orleans, Louisiana 70119, on June 12,

19   2013.

20   REPORTED BY: PAUL W. WILLIAMS, CCR

21             WILLIAMS & JANKOWSKI, LLC

22             46 LOUIS PRIMA DRIVE, SUITE B

23             COVINGTON, LOUISIANA 70433
```

**EXHIBIT C**

24          (504) 832-0937

25          E-mail: wj1465@bellsouth.net

1    FOR THE PLAINTIFFS:

2    DIDRIKSEN LAW FIRM

3    3114 CANAL STREET

4    NEW ORLEANS, LOUISIANA 70119

5    BY:  CALEB H. DIDRIKSEN, III, ESQ.

6

7    FOR LOCKHEED MARTIN CORPORATION:

8    DEUTSCH, KERRIGAN & STILES

9    755 MAGAZINE STREET

10   NEW ORLEANS, LOUISIANA 70130

11   BY:  DAVID K. GROOME, JR., ESQ.

12

13   FOR THE MCCARTY CORPORATION and EAGLE, INC.:

14   SIMON, PERAGINE, SMITH & REDFEARN

15   30TH FLOOR, THE ENERGY CENTRE

16   NEW ORLEANS, LOUISIANA 70163

17   BY:  APRIL A. McQUILLAR, ESQ.

18

19   FOR REILLY-BENTON COMPANY:

20   WILLINGHAM, FULTZ & COUGILL

21   WELLS FARGO BUILDING

22   5625 CYPRESS CREEK PARKWAY, 6TH FLOOR

23   HOUSTON, TEXAS 77069

24   BY:  JAMIE M. ZANOVEC, ESQ.

25

1    FOR LOU-CON:

2    TAYLOR, WELLONS, POLITZ & DUHE

3    1515 POYDRAS STREET, SUITE 1900

4    NEW ORLEANS, LOUISIANA 70112

5    BY:  DESIREE W. ADAMS, ESQ.

6

7    FOR STANDARD SERVICES:

8    PUGH, ACCARDO, HAAS, RADECKER & CAREY

9    1100 POYDRAS STREET, SUITE 3200

10   NEW ORLEANS, LOUISIANA 70163

11   BY:  SHELLEY L. THOMPSON, ESQ.

12

13   FOR CBS CORPORATION, FOSTER-WHEELER LLC and GENERAL

14   ELECTRIC COMPANY:

15   FRILOT LLC

16   3700 ENERGY CENTRE

17  NEW ORLEANS, LOUISIANA 70163

18  BY:  JAMES H. BROWN, JR., ESQ.

19

20  FOR OWENS-ILLINOIS:

21  FORMAN, PERRY, WATKINS, KRUTZ & TARDY

22  ONE SHELL SQUARE, 601 POYDRAS STREET

23  NEW ORLEANS, LOUISIANA 70139

24  BY:  FORREST REN WILKES, ESQ.

25

1  FOR THE BOEING COMPANY:

2  SWETMAN BAXTER MASSENBURG

3  650 POYDRAS STREET, SUITE 2400

4  NEW ORLEANS, LOUISIANA 70130

5  BY:  BRANDIE MENDOZA THIBODEAUX, ESQ.

6

7  FOR TAYLOR-SEIDENBACH:

8  HAILEY, McNAMARA, HALL, LARMANN & PAPALE

9  SUITE 1400, ONE GALLERIA BOULEVARD

10  METAIRIE, LOUISIANA 70002

11  BY:  RICHARD J. GARVEY, JR., ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    STIPULATION

2

3    IT IS STIPULATED AND AGREED BY AND AMONG THE

4    VARIOUS PARTIES THAT THE TESTIMONY OF THE WITNESS

5    MAY BE TAKEN BY DEFENDANTS, PURSUANT TO NOTICE, AT

6    THE TIME AND PLACE HEREINBEFORE NOTED; THAT THE

7    TESTIMONY OF THE WITNESS MAY BE TAKEN DOWN IN

8    SHORTHAND (STENOTYPE) BY PAUL W. WILLIAMS,

9    CERTIFIED COURT REPORTER, AND BY HIM TRANSCRIBED,

10    THE FORMALITIES OF SEALING, CERTIFICATION AND

11    FILING BEING WAIVED, AND ALL OBJECTIONS, SAVE

12    OBJECTIONS TO THE FORM OF THE QUESTION, BEING

13    RESERVED TO THE TIME OF TRIAL.

14

15    IT IS FURTHER STIPULATED THE WITNESS MAY BE SWORN

16    BY PAUL W. WILLIAMS, CERTIFIED COURT REPORTER IN

17    AND FOR THE STATE OF LOUISIANA.

18

19

20

21

22

23

24

25

⌃

1            MR. BRECK WILLIAMS,

2    having been first duly sworn, was examined and

3    testified as follows:

4    MRS. THIBODEAUX:

5        The same statement as before.  This is Brandie

6    Thibodeaux on behalf of The Boeing Company.  We

7   have a pending Motion to Dismiss in the MDL, and

 8   this appearance today does not constitute a waiver

 9   in any shape or form of any defenses or exceptions

10   we might otherwise have.

11        MS. ADAMS:

12        Desiree Adams for Lou-Con, Inc.  We were

13   recently added and have not yet filed responsive

14   pleadings, and our appearance here does not waive

15   any defenses.

16        MR. DIDRIKSEN:

17        Caleb Didriksen, renewing my objection to

18   Richard Garvey representing any party in this

19   litigation because at one time he represented

20   plaintiffs in this very case.

21        MR. GARVEY:

22        I reiterate that I have withdrawn from the

23   representation of any plaintiffs in this matter.

24        MR. DIDRIKSEN:

25        Which I don't think is good enough, but we'll

 1   take that up at a later date.

 2        MR. GROOME:

3      We also had a stipulation that an objection by

4  one is good for all, so in that way we don't have

5  eight different people chiming in.

6      MR. DIDRIKSEN:

7      Yes.  We will also have the usual stipulation,

8  that all objections other than to the form of the

9  question are being held for another day.

10      MR. GROOME:

11      Agreed.

12      BY MR. GROOME:

13  Q    Good afternoon, Mr. Williams.

14  A    Good afternoon.

15  Q    My name is David Groome, and I think you have

16  had the benefit of sitting in on your sister's

17  deposition this morning.

18  A    Yes.

19  Q    So you've had a chance to hear all of the

20  questions that I asked her and all of her

21  responses, right?

22  A    Yes.

23  Q    Perfect.  Then I will just go ahead and

24  reiterate a couple of rules just for this

25  particular deposition, and that is, if you could,

1   just make your answers out loud - orally - instead

2   of shaking your head, because the court reporter

3   does have to take down everything we say, and it

4   makes it easier for him if we answer out loud.

5   A    Okay.

6   Q    If you answer a question, we will assume you

7   did understand the question and that you are

8   answering it to the best of your ability.

9   A    Yes.

10  Q    And if you don't understand the question,

11  please let me know, and what I will do is rephrase

12  it so that I can make myself understood.

13  A    Okay.

14  Q    Please give me your full name.

15  A    Breck Charles Williams.

16  Q    Mr. Williams, what's your date of birth?

17  A    March 11th, 1974.

18  Q    Were you born here in New Orleans?

19  A    Yes, I was.

20  Q    And have you been a lifelong resident?

21  A    No, not my entire life.  Most of my life.

22  Q    And you heard me ask your sister about where

23  she lived.  What I would like to do is start off by

24  asking you the same sort of questions.

25  A     Okay.

⌃

1   Q     Where have you lived here in New Orleans?

2   A     Do you want me to start from the most recent

3   or --

4   Q     It would be easier if you started --

5   A     As a child?

6   Q     -- as a child and went forward.

7   A     Okay.  I lived at 4420 Francis Drive, and that

8   was probably from the age of four until nine, and I

9   moved in with my father, and I am not sure of the

10  address.  It was in the Wind Run Apartments in New

11  Orleans East off of Bullard, Zip Code 70128, and

12  that was from nine until, I want to say, twelve.  I

13  think it was twelve.

14      And then after that I lived with my father in

15  his residence, a house he purchased, and he

16  purchased it -- the date he purchased the house was

17  1988, and the house was at 14131 Knightway Drive,

18  New Orleans, Louisiana 70128, and I stayed there

19  until I was nineteen years old, because that is

20  when I graduated from high school, and then I moved

21    into an apartment complex.  I am not sure of the

22    address.  I believe it is on the same I-10 Service

23    Road.  I believe it is the same as the Wind Run

24    Apartments.  It was called Chennault Creek at the

25    time, and I believe the address is 12345 North I-10

⬆

1    Service Road 70128.  I could be wrong, but I

2    believe that is what it was

3    Q     Okay.

4    A     Apartment 610.  I just remembered that, I

5    don't know why.  That was my first place single.

6          And then I stayed there until I moved to a

7    house on Hayne.  I don't remember the address, and

8    that was a year later, because it was after my

9    lease ended, so that would have been in ninety-four

10   I moved in there, mid-ninety-four, and I don't

11   remember the exact address, but it was a 127 Zip

12   Code.  It was on Hayne Boulevard.

13         After that, I worked offshore and then I moved

14   in with my father again, because I was only there

15   maybe two weeks out of the month, and it was 14131

16   Knightway Drive again, 70128, in New Orleans,

17   Louisiana.

18      From there I moved in with my mother while I

19  was working there, as well, which was on Shalimar,

20  and I don't know the exact address.  It was the

21  same address my sister lived at, because at that

22  time she moved in with my father and I moved over

23  on to mom's house, and I stayed there about six

24  months.

25      From that date, from then on, I lived in

1   Frenchmen's Wharf.  I can't tell you the address,

2   but it is -- actually it was off of Crowder, it was

3   an apartment complex and it is no longer there.  I

4   stayed there for a year, and it was Zip Code 70126.

5       Then I moved to another apartment complex, and

6   I stayed there for another year, but I can't

7   exactly remember the address.  It was right down

8   the Service Road from that one.

9       Then from there I moved to 4420 Francis Drive,

10  which is my father's address, and I rented from my

11  father from that point until I moved to Dallas,

12  which I stayed there for five years.

13  Q    On Francis Drive?

14   A     Yes.  Then I moved to -- where did I move to

15   after that?  I moved to Dallas, that was on

16   Winnhaven, and I don't remember the exact address.

17   It was apartments.  I can remember the apartment

18   but not the address.  It was Plano, Texas, and

19   Winnhaven is the street name.

20        Then I moved to another apartment in Plano,

21   Texas, which was on Preston, and I stayed there for

22   a year.  And I returned back to New Orleans in

23   2005, prior to Katrina, and I moved again back to

24   4420 Francis Drive, where I actually stayed with my

25   sister at that time when I moved back.

1        After that, we moved to Baton Rouge, after

2   Katrina, and I don't remember the exact address of

3   that one either.  From there I moved back to

4   Dallas, which was also once again in Plano -- no,

5   sorry.  It was Addison.  I lived in Addison near

6   Dallas, when I first moved there, and then from

7   Addison, Texas, I moved to Price City, near Dallas,

8   and I stayed there a year, and this is -- I guess

9   this was -- this was around 2007 and -- the

10   beginning of 2007, and that is when I moved back to

11    my father's house, 14131 Knightway Drive, New

12    Orleans, Louisiana 70128.

13         Then from there -- I stayed there for about a

14    year and a half, and then I moved into 7040 Lake

15    Barrington Drive -- 7040 Lake Barrington, New

16    Orleans, Louisiana 70128, and then after that I

17    moved to Wales, which is 1463 Wales, New Orleans,

18    Louisiana 70128, and then I moved back to 7040 Lake

19    Barrington Drive, New Orleans, Louisiana.

20         That's it.  That's enough.

21    Q    That is thirteen or fourteen places since

22    around the mid-nineties.  Is that right?

23    A    Probably, yes, I would say, from ninety-three

24    on up.

25    Q    Like we did with your sister, I asked her

1    about where she was employed.  Can you do the same

2    thing, can you tell me --

3    A    Sure.

4    Q    -- about your employment history?

5    A    Starting from the beginning or the end back?

6    Q    It's easier if we start at the beginning, like

7    after high school.

8    A    I started working before.

9    Q    After high school, if you can start there.

10   A    Okay.  I worked at United Artists Movie

11   Theater until July of 1993.  It was in the Plaza,

12   5700 Lake Forest Plaza Boulevard, and it was in the

13   Plaza Mall.

14   Q    At that time, were you financially dependent

15   on your father?

16   A    At that time, I actually was, yes.

17   Q    Can you tell me what your rate of pay was

18   where you worked, what you did, your rate of pay?

19   A    It was $10 an hour, I believe.  And I was a

20   projectionist.

21   Q    Okay.

22   A    The next job was at Texaco, and that is 400

23   Poydras.  I worked there for a year and a half or

24   two years.  My rate of pay was $19,000 a year, I

25   believe, in salary.  I was an administrative

↟

1    assistant in their facilities service department.

2         My next job, I worked at Dillards, and I was a

3    sales associate.  My rate of pay was $12 an hour,

```
4    plus commission.

5         From there I worked offshore, and I worked for

6    Falcon Drilling.

7    Q    I am sorry.  Falcon Drilling?

8    A    Falcon, yes, and there -- I got paid by the

9    weeks that I worked, and my weeks were $1200.00 a

10   week.  You were scheduled for one week on and one

11   week off.  You made overtime, and I worked for

12   Falcon for two years.  I don't know the address for

13   Falcon.  They are in Houma, they are based in

14   Houma.

15        And then from Falcon I worked for Professional

16   Construction, and I worked for them for six months.

17   I worked at two facilities with them.  One was the

18   Monsanto facility and the other one was at NASA.

19   Q    When you say "NASA," what do you mean by that?

20   A    Martin Marietta; sorry.

21   Q    When you say Martin Marietta, did you work for

22   Martin Marietta?

23   A    No, I worked for them at that facility.

24   Q    Let me just ask you one question, and I don't

25   mean to interrupt you.
```

```
 1          In your mind, do you think that Martin

 2   Marietta owned the Michoud facility?

 3   A    I assume they did.

 4   Q    Okay.

 5   A    The reason why I assume they did is because,

 6   at that point, when I was called and they told me

 7   where I was going to work at, they told me it was

 8   the Martin Marietta facility, so I assume that. I

 9   don't know who owned the facility.

10   Q    What year was that?

11   A    Oh, that had to be about '97, I want to say,

12   ninety-six, ninety-seven, give or take.  I am not

13   sure exactly.

14   Q    Okay.

15   A    With them, I got paid $12 an hour.  My title

16   was a helper.

17          After that, I worked part-time at Pep Boys,

18   full-time after that for the Marriott Hotel -- the

19   Courtyard, actually.  I was in maintenance.

20   Q    Maintenance?

21   A    Yes.

22   Q    What was the time period?

23   A    I worked for the Marriott for two years, until

24   ninety-nine, so ninety-seven to ninety-nine, give
```

25    or take, something like that.  I was self-employed

1    until 2001, I think, or 2000.  Until 2000, I was

2    self-employed.

3    Q    What did you do?

4    A    I used to do carpentry work.

5    Q    What --

6    A    And in 2000 I worked -- I worked at the Naval

7    Base behind UNO.  I worked for, I think, Pinkerton

8    when I first started there, in security.  Then

9    later it become Weiser, and that was a contract

10   job, and they just took the same employees over.

11   Q    What was your rate of pay?

12   A    $10 an hour.

13   Q    Okay.

14   A    At that same time, I also had a lawn business.

15   I did landscaping and everything.

16   Q    Okay.

17   A    I also was a student at that time too, at UNO.

18        From there -- I worked at Trinity Yachts after

19   that.  They are on France Road, that is where it

20   is.  I couldn't think of what street it was, and

21   they are in New Orleans also, 70126.  I was a

22    pipefitter, and my rate of pay was $14 an hour.

23         After that I moved to Dallas in 2003, and I

24    worked there -- I worked there until I moved --

25    Q    In 2003 you went to Dallas?

1    A    Yes.  In 2003 I moved to Dallas.

2    Q    What was your job there?

3    A    I worked for Pro Marketing when I first got

4    there.  I did a little temp job, but I don't

5    remember what that was for.  Pro Marketing, I

6    basically did the resets for the Home Depots and

7    for Lowe's, and I was salaried at $28,000 plus

8    commission.

9         Then from there -- I worked there all the way

10   until Katrina, until the December after Katrina,

11   and after that my next job was I did satellite

12   installations for Dish Network.  That started in

13   July of 2006, I want to say.  That was also in

14   Texas.

15   Q    Okay.

16   A    Then I returned to New Orleans and my next job

17   was with LSU.  I was a carpenter.  I was here in

18    New Orleans.  My salary, it was $16 an hour.

19        When I worked for Dish, also I forgot to tell

20    you, that was a commission-based job, depending

21    upon how many jobs you did.

22    Q    So when you worked for Dish, I assume

23    installing satellite, I understand it was on

24    commission.

25    A    I am trying to think of the rate.

1    Q    I am trying to figure out what was your --

2    A    Well, it is really hard because I would

3    average about 23 installs a week, but you got paid

4    more according to how many boxes were on the

5    install, but I guess my average check was about

6    $1600.00 a week.  After LSU, now, correct?

7    Q    Yes.

8    A    Well, I worked at LSU until 2008, and I didn't

9    work again until I installed for DirecTV, and that

10    was going to be February of 2009.

11        And after that I worked at the Hotel

12    Intercontinental, and I worked there from July of

13    2009 until December of 2010.

14        After December of 2010, I reentered in school

15    and worked -- I mean, I got my welder's

16    certificate, and after that I went to work in April

17    of 2010, went to work for Folger's, and I, until

18    the present day, am still working at Folger's.

19    I've been at Folger's ever since then.

20    Q    Which Folger's?

21    A    It's at 5500 Chef Menteur, New Orleans,

22    Louisiana 70126.

23    Q    That is the --

24    A    That's the coffee plant.

25    Q    You have been there ever since?

1    A    Yes.

2    Q    What is your rate of pay for welding?

3    A    I don't weld.  I am a Technician I, and right

4    now I am salaried at $48,000 a year.

5    Q    Technician I?

6    A    I'm sorry, Technician II.  I am sorry, I

7    always forget.

8    Q    And I see you have a ring on your finger.  Are

9    you married?

10    A    Yes, I am.

11    Q      When did you get married?

12    A      June 27th of 2009.

13    Q      Were you financially dependent upon your

14    father after college?

15    A      Um, he assisted me if I ever had any problems.

16    Dependent, no, but he was always there if I need

17    any help.

18    Q      And I guess I will ask you the same types of

19    questions I had asked your sister.  I understand

20    that you weren't depending on him, but he did offer

21    financial assistance.  What type of financial

22    assistance did he offer to you?

23    A      Okay.  One, I didn't have the credit to get an

24    apartment that I wanted one time.  It was in a

25    nicer neighborhood, and he cosigned with me; two,

1    my transmission went out on my truck once and he

2    replaced my transmission; I repaid him later.

3    Whenever I needed a loan, he'd give me a loan and I

4    would repay him.  If I needed someone to pick my

5    daughter up from nursery or something and I wasn't

6    able to do it, he would do it.  And between jobs,

7    when I was short on nursery, he would give me the

8    assistance that I needed to pay the nursery, that

9    kind of thing.

10   Q    Would you pay him back?

11   A    Whatever he paid, it was always a loan.

12   Q    It was always a loan?

13   A    Yes.  When I graduated from school, he paid

14   off $26,000 of my student loan.  Correction.  I

15   didn't graduate, but when I finished school, he

16   paid off $26,000 of my student loan.  He did

17   everything he could to make sure we had a chance,

18   regardless of how crazy our opportunities may be.

19   Q    Is that the extent of the financial assistance

20   that he provided to you?

21   A    After Katrina, my truck got damaged in

22   Katrina, and I had enough to pay off the actual --

23   the vehicle, but it was a newer vehicle, so I was

24   still upside down.  He actually went in and

25   cosigned with me to get my truck at that time.  I

➤

1    still pay the notes, but, I mean --

2    Q    He cosigned?

3    A    Yes, he cosigned.

4   Q     And is that the extent of the financial

5   assistance that he provided to you?

6   A     No, not really, because I would always do jobs

7   -- say if he needed work done at the house, I was a

8   carpenter by trade at the time, and if he needed

9   work done at the house, roof repair, he would

10  overpay me.  I may have changed out two squares in

11  the roof, and he may have paid me $2,000 for it,

12  which was unheard of, but that is when -- that was

13  his way of trying to make sure we had extra money

14  or if we needed money.

15  Q     I am trying to find out all of the financial

16  assistance he provided to you, so if you can think

17  of anything else.

18  A     Well, if I had problems on the job, he'd give

19  me information, you know.  He would coach me on how

20  not to be hot-headed.  Sometimes when a situation

21  got too bad, he'd give me information, "Maybe you

22  should leave that job."  But he was like, you know,

23  he was my best friend.  Basically we would hang out

24  together, and every week of my entire life I just

25  about cut his grass until I was in Dallas.  I mean,

```
1   I'd go over there every weekend.  I would just be

2   there to cut his grass, hang out, and we'd go out

3   to eat together, and --

4   Q    I am sorry.  This is regard to financial

5   assistance.

6   A    Okay.  He assisted me on making decisions at

7   work, that kind of thing, that were important to my

8   future and happiness.

9   Q    I understand that you were married June of

10  2009.  Had you been married before that day?

11  A    Yes, I was.  I was married in Dallas.  I don't

12  even remember the date, it was so brief.  It was

13  six months.  It was 2003.

14  Q    Do you have any children?

15  A    Yes, I have two.

16  Q    What are the ages of your children?

17  A    I have one that is nineteen years old and I

18  have another that is twenty-three months.

19  Q    Did your father provide any assistance for

20  your nineteen-year-old child?

21  A    Yes, he did.  He used to help with nursery.

22  He would help just by picking her up and watching

23  her.  I mean, he didn't charge for that, so that

24  was free.

25  Q    If you were to place a dollar value on the
```

1    financial assistance that he provided to you, would

2    you be capable of doing that?

3    A    No, because -- I mean, I could make a phone

4    call and in five minutes he would be there picking

5    up my child, so I couldn't put a value on that.

6    Q    Did your nineteen-year-old child live with you

7    the whole time?

8    A    Not the whole time.

9    Q    Until she was eighteen?

10   A    No.  She lived with me until she was four, but

11   I would have her most of the time.

12   Q    After four, she would live with her mother?

13   A    Her biological mother.

14   Q    When you say you'd have her most of the time,

15   what do you mean by that?

16   A    Well, of the seven days in a week, she would

17   be over for at least three hours three of those

18   days and she would spend the night at least three

19   days.  Every weekend she'd spend the night, a

20   complete day.

21   Q    With you or with her mother?

22   A     With me.  I would pick her up from school

23   during the weekdays and I would have her until

24   about eight, 8:30, nursery and school, and then

25   every weekend she was with me, Friday, Saturday,

1   Sunday.

2   Q     What can you tell me about your educational

3   background?

4   A     Education?  I went to school for automobile

5   body repair.  I graduated from high school.  I went

6   to college and, technically, I am a sophomore.  I

7   never finished.  I have a certification when it

8   comes to welding, and I am a certified welder.  And

9   most of my education comes from experience, from

10  on-the-job.

11  Q     What year did you graduate from high school?

12  A     1993.

13  Q     And what year did you finish your last year of

14  college?

15  A     2001.

16  Q     What college was that?

17  A     University of New Orleans.

18  Q     What I would like to do now is jump to the

19    lawsuit that has been filed.  The lawsuit that has

20    been filed mentions asbestos and products

21    containing asbestos, and so what I wanted to do is

22    ask you about that.

23    A    Okay.

24    Q    Did your father ever mention to you any

25    products that might contain asbestos?

✦

1     A    (Witness shakes head negatively) No.  My

2     father, he didn't often mention work.

3     Q    Sorry?

4     A    My father did not mention work often.

5     Q    When he did mention work, did he ever discuss

6     asbestos with you?

7     A    No.  He never said "asbestos."  Nobody knew

8     what asbestos was until he got it.

9     Q    After he was diagnosed with the illness, did

10    he then mention asbestos to you?

11    A    At that point, he could barely talk because he

12    had trouble breathing.  He sat in bed a week before

13    he realized he was sick, he couldn't breathe,

14    couldn't walk; it hurt.  That is what made us get

15    him checked up.  After that point, it was like he

16    had real bad asthma.  He would wheeze most of the

17    time and it was real hard for him to speak.

18         At that point, after he was diagnosed, he

19    would just point at things, or he would just shake

20    his head, but he didn't really speak much because

21    it was hard.  He would lose his breath.

22    Q    And, as you sit here today, other than what

23    you discussed with your attorney, do you have any

24    information at all about any asbestos-containing

25    products at Michoud, the Michoud assembly facility?

↑

1    A    I -- to be honest, my only experience with

2    Michoud is when I went in the plant when I worked

3    there.  My father couldn't get us past the lobby

4    because it was a high-clearance facility, so I

5    never went past the lobby as a child except one

6    period, when they had like a family day, but at the

7    same time they didn't let you in the building, you

8    were only outside.

9    Q    So I understand that you never actually went

10    inside the building, but through talking or reading

11    or discussing in any manner, do you have any

12    information about asbestos-containing products at

13    Michoud?

14    A    I am aware that they had asbestos there,

15    because when I worked with Professional

16    Construction we were hired to install a doorway,

17    and where we started on the doorway, they found

18    asbestos in the walls, and as soon as we reported

19    it to -- I don't remember who the guy was, somebody

20    over the building facility department, he shut us

21    down and he sent us off, and that was the last time

22    I worked for Professional Construction.

23         That's the only awareness I have of asbestos

24    being in the building.

25    Q    Do you know the names of any of your father's

1    coworkers at any job that he may have held?

2    A    I only knew their first names, and I know them

3    basically not from the work situation but from when

4    he would go out or social events.

5    Q    If you know the names, can you tell me the

6    names?

7    A    Well, George, Miss Lynnette -- I don't know

8    their last names, sorry.  Jimmy, Lionel Youngblood,

9    and I think that is pretty much it.

10   Q    And you just gave me four names.  It's your

11   belief those four persons were coworkers of your

12   father's?

13   A    They worked with him.  I don't know how close,

14   in the same facility, but I just know them from

15   outings and being introduced, "This is a person

16   that I worked with," so I can't tell you if they

17   worked in the same building.  I can't tell you they

18   worked in the same department or anything like

19   that.  I don't know.

20   Q    From the nature of your response, I take it

21   that you think these are coworkers while he was

22   working out at Michoud?

23   A    Everybody except for Youngblood.

24   Q    Okay.  Where did Youngblood work?

25   A    He worked with him at the UNO -- it's a

1    building right behind the University of New Orleans

2    with the Navy, worked there for like four years.

3    Actually I did security there.  I worked nights and

4    he worked days and Youngblood comes in in the

5    morning, and I know he worked in the same facility,

6    but I didn't know if they did the same job.

7    Q    How about George, Miss Lynnette and Jimmy?

8    A    George worked with him at Martin Marietta.    I

9    don't know what their jobs was.    I don't know which

10   company; I know they had multiple companies there.

11   I don't know any of that, but I know they'd see

12   each other at lunch.    I have been to Miss

13   Lynnette's house as a child, or like when they had

14   basketball games, that kind of thing, but I don't

15   know what they did or anything like that or even if

16   they worked in the same building.    I just know they

17   worked for the same company, at least in the same

18   location.

19   Q    Why do you think that George and your father

20   ate lunch together?

21   A    Because I heard him say he was going to lunch

22   with George.    He told me that on the phone.    I

23   mean, this was -- I must have been twelve, thirteen

24   at the time.    So it was thirty-something plus years

25   ago, twenty-five something plus years ago.

```
 1   Q    You have a good memory.  Were there any other

 2   names of any coworkers or --

 3   A    I know Jimmy.

 4   Q    -- persons you think were coworkers?

 5   A    I know Jimmy.  Jimmy answered the phone when I

 6   called to speak with my father.  If my father went

 7   to lunch, Jimmy would answer the phone.  They

 8   worked like desk-to-desk, but I don't know exactly

 9   -- I don't know exactly what they did.  I know it

10   had something to do with the fuel tanks, and how I

11   know that, when the space shuttle blew up in the

12   mid-nineties, I can remember him saying, "That is

13   one of the systems that we worked on," and that's

14   the only reason why I knew.

15        But I never knew exactly what he did.  I knew

16   he did something constructing the space shuttle.

17   Q    When was the last name you saw Lionel

18   Youngblood?

19   A    When my dad had his first -- they did his very

20   first biopsy and he was in a coma, Youngblood got a

21   phone call from some of the people at work, and

22   Youngblood came over there and he was upset.  That

23   was the -- the last time I saw him was at the

24   funeral.  I haven't seen him since then.

25   Q    Have you talked to him since then?
```

1    A      No, I haven't.

2    Q      How about Jimmy; you say you don't remember

3    Jimmy's last name?

4    A      No.  Jimmy came to the hospital that same time

5    and my dad was out of surgery, and he was actually

6    out of the coma, because he was in the coma for, I

7    think, a week, and Jimmy came over and he was

8    trying to speak to Jimmy, and Jimmy telling him,

9    "No, don't," and the other time Jimmy came to the

10   funeral -- well, he came to the house before he

11   passed, so I saw Jimmy three times.  Otherwise, I

12   haven't seen him since high school.

13   Q      Did you talk to Jimmy at the funeral?

14   A      He gave his condolences, but that's the extent

15   of our talk.

16   Q      How about Miss Lynnette?

17   A      I actually see Miss Lynnette at the basketball

18   games.  She has season tickets right across the

19   rail from where mine are.  It's the Hornets games,

20   or the Pelicans now.

21   Q      How long have you had season tickets for the

22   Pelicans?

23    A    Five years, six years.

24    Q    To your knowledge, Miss Lynnette has season

25    tickets for the same time period?

♠

1    A    I don't know how long.  She didn't have them

2    prior.  If she did, she is not sitting in the

3    section that I sit in.  I have been in that same

4    section for two years now, and the first year she

5    wasn't there, but this year she was, so I don't

6    know how long she had them.  We never had that

7    discussion.

8    Q    You at least saw her on a regular basis during

9    basketball games, during the past year?

10    A    That is correct.

11    Q    Before this past year, when did you see her,

12    when was the last time you had seen her?

13    A    I can't say that -- I'm not sure I saw her at

14    the funeral or not.  I don't know if she was there

15    or not.  I don't remember.

16    Q    Okay.

17    A    I think she wasn't there, but I am not sure.

18    Q    I think you said you remember going to her

19    house when you were younger.

20    A    She stayed in Chennault Creek where I stayed.

21    She had daughters, so that is how you can remember

22    them.  A woman has beautiful daughters, you always

23    remember who that woman is.  I mean, very beautiful

24    daughters.

25    Q    When you saw Miss Lynnette at the basketball

♠

1    game this past year, did you remember that she was

2    one of your father's coworkers?

3    A    Yes.

4    Q    I guess if she had beautiful daughters, you

5    knew the name from before.

6    A    Her name?

7    Q    You remembered Miss Lynnette's name?

8    A    Yes, I knew her name.

9    Q    Is it safe to say you have known Miss

10    Lynnette's name for the last ten years?

11    A    Yes.

12    Q    Do you what Miss Lynnette's full name is?

13    A    I don't her full name.  She was married, and I

14    don't know what her name is.

15    Q    When you say she was married, does that mean

16    you don't know what her new married name is?

17    A    I don't know her new married name and I don't

18    remember her maiden name either, because I think

19    she was married prior to that.

20    Q    Okay.

21    A    I just knew her as "Miss Lynnette."

22    Q    You don't know if she lives in the same house

23    you went to?

24    A    She doesn't.

25    Q    She doesn't?

♠

1    A    No, because before Katrina, prior to Katrina,

2    she actually bought a house in Lake Tameron, which

3    is a subdivision next to my father's house, and

4    after Katrina she never returned to that house, if

5    I am not mistaken.

6    Q    You haven't --

7    A    She lives in Slidell somewhere, but I don't

8    know where.

9    Q    You haven't kept up with her or her daughters?

10    A    Her daughter has five kids, so no, that is too

11    much responsibility.

12    Q    And how about Mr. George?

13    A    I see Mr. George on occasions, and last time I

14    saw Mr. George, he had purchased a bar and I went

15    with my dad to the bar, and it was off of

16    St. Bernard, but I think he since then sold that

17    bar.  I think the last time I saw Mr. George before

18    my dad was sick was sometime mid-2007, because he

19    purchased a house and he wanted my dad's opinion on

20    some of the work that he was doing.  My dad was

21    like, "I don't know any contractors that could help

22    you," so we went over there and my dad told him

23    that.

24    Q    Did Mr. George show up at your father's

25    funeral?

♠

1    A    Yes, he did.

2    Q    Did Mr. George visit your father in the

3    hospital?

4    A    Once.

5    Q    When Mr. George visited your father in the

6    hospital, were you in the hospital or did you see

7    him visit?

8    A    Well, no.  I think I arrived as he was

9    leaving, so I didn't see him actually in the room

10   with my father, but I saw him as he was walking

11   out.

12   Q    And I guess the same question with Jimmy.

13   A    I was in the room when Jimmy visited, yes.

14   Q    I take it you were at home when Jimmy went to

15   your house to visit your father?

16   A    My father's house.  I wasn't living there at

17   the time, but yes.

18   Q    You were not there at the time?

19   A    I wasn't there then, no.

20   Q    And how do you know he was there, Jimmy was

21   there?

22   A    I was at the house but I was not living there.

23   Q    I understand.  Thank you.

24   A    I was at my father's house every day because I

25   took care of him most of the time.

♠

1    Q    After he became sick?

2    A    Yes.  That is why I didn't work for that

3    period.

4    Q    Do you know where Miss Lynnette is now, where

5   she lives now?

6   A    In Slidell; I don't know exactly where.

7   Q    Do you know how to contact her?

8   A    Um, I think I have the phone number.

9        MR. DIDRIKSEN:

10       For the record, I believe I gave you her

11  address already in our discovery responses.

12       BY MR. GROOME:

13  Q    I guess the same question for Mr. George.

14  A    I think I have his phone number.  I could get

15  it from my dad's phone.  His old phone would have

16  that.

17       MR. DIDRIKSEN:

18       I believe I gave you that already, as well.

19       BY MR. GROOME:

20  Q    Same question for Jimmy.

21  A    No, I don't have Jimmy's information.

22  Q    Okay.

23  A    I had it at that time, but I don't have it

24  now.

25  Q    When did you first get Miss Lynnette's

1   telephone number?

2   A    I think at a basketball game, one of the

3   games, when I first saw her.

4   Q    For Mr. George, do you think his number is on

5   your father's old phone?

6   A    I believe so.

7   Q    You've had access to that old phone since your

8   father passed away?

9   A    I have had access to the phone from the day my

10  dad got sick.  He couldn't talk on it, so I kept it

11  and take messages for him.  Most of the time I just

12  put it on speaker phone, and people say "Hey," and

13  he just shook his head, and I say, "He shook his

14  head, he's okay," and if he did speak, it was like

15  a whisper, mostly.

16  Q    I understand your father spoke in a whisper.

17  Was he able to write?

18  A    Um, I don't know.  Truthfully, towards the

19  end, I mean -- well, towards midway, he had lost so

20  much of his muscles he couldn't move, he couldn't

21  turn.  I mean, if I had to lift him out of the bed,

22  I had to literally put both my hands under him and

23  lift him up, like a baby.  I know he couldn't walk.

24  I mean, he lost his legs.  He went from, I think, a

25  couple of hundred pounds to -- he was about 230,

1    and he went down to about 110 at the time of his

2    death, so I don't think that he could -- I don't

3    know if he could write but his hands would shake

4    bad.  I don't know if that was the medication or

5    the illness, I can't tell you.

6    Q    Was that in September of 2008?

7    A    Give or take.  It was like September of 2008,

8    yes, because it is like everything happened so

9    rapidly, and when he came out of the hospital the

10   first time, he -- once he came out of the coma, he

11   was in a coma after they tried to do the first

12   biopsy, and he never really kind of gained a lot of

13   his faculties and he could not control his bowels,

14   he couldn't control urine, he -- I mean, when he

15   first came from the hospital, he literally went in

16   the bed and went to the bedroom.  I had to change

17   him, I had to -- I don't think so, because we

18   pushed him around in a wheelchair the whole time.

19   He didn't try to get up, so I can't say that he

20   couldn't do it, but he just -- I don't know.  I

21   can't say, I don't know.

22   Q    Did you --

23   A    But I know he wasn't able to do it, because it

24   is like he just started wasting away from that

25   moment on.

1    Q    With regard to his coworkers, are you aware of

2    any other coworkers he may have had whose names you

3    don't remember or maybe you know by sight?

4    A    Well, I may know them by sight, but we are

5    talking about -- I graduated in ninety-three, so

6    you are talking about almost twenty years ago.  So

7    I knew them by sight twenty years ago, but today, I

8    may not recognize them.

9    Q    What about the funeral, do you know if there

10   were any coworkers who may have attended the

11   funeral maybe whose names you don't remember?

12   A    I do know that some of them put their names

13   with it and told me they -- they put where they

14   worked at.  I would know that from the list.  Other

15   than that, I wouldn't know that.

16   Q    From the list?

17   A    Yes, from the list of people who signed the

18   book at the funeral.

19   Q    Do you still have that book?

20    A    Yes, I have copies of it.  I don't look at it

21    much.  I try not to look at most of that stuff

22    much.

23    Q    And asking you these questions is

24    uncomfortable for me too.

25    A    I know.

1    Q    How many of your father's co-workers from

2    Michoud attended the funeral?

3    A    I can't say.

4    Q    Okay.

5    A    I have no idea.  It was something of a blur to

6    me that day, so it is hard to say.  So many people

7    came up to me, some that I never met, some that I

8    knew from politics and so forth in the City, I went

9    to school with them, you know, and I never knew he

10    knew them.  I met people that I didn't know he

11    knew.  Some people I actually knew from, you know,

12    in the East, so it is hard to say.

13        That day everybody was shaking your hand,

14    everybody waiting in line trying to shake your

15    hand.

16    Q    I had asked your sister, asked her the same

17    types of questions.  This is coming from language

18    in the lawsuit that you-all filed.  There is some

19    discussion of past and present pain and suffering.

20    I understand that the loss of a father is going to

21    be painful.

22    A    Yes.

23    Q    And as far as a therapist or professional

24    help, did you seek out any professional help?

25    A    I have not.

♠

1    Q    So, as a result of your father's death, you

2    did not seek a grief counselor or any sort of

3    professional?

4    A    No.  Sometimes it is too tough to talk about,

5    so I try not to think about it.  I mean, I am not

6    going around thinking about killing people, if that

7    is what you are asking me.  If I was, you know who

8    would be a prime suspect, huh?  No, uh-uh.  But no.

9    Q    I did get some information from your sister

10    and I would like to ask you the same questions

11    regarding your father's health.

12    A    Okay.

13    Q     Before 2008, what can you tell me about your

14    father's health?

15    A     Before 2008?  He was an older gentleman.  He

16    didn't do as much in a physical sense.  I mean, if

17    he had a job to do, like doing repairs on his cars,

18    get the brakes checked, he brought it to the shop.

19    He dealt with Goodyear all the time.  He never did

20    anything physical.  If he had anything physical

21    that needs to be done, most of the time I did it.

22    The most he may have done in that sense was to cut

23    his grass maybe twice a year, because if I was

24    around, he didn't do that.  Basically everything

25    that he did was pretty much go to work in the

⬆

1    morning, and when he would get off of work, he

2    would go out -- he used to try to play tennis, but

3    as he got older in age he didn't even do that much.

4    Q     Did he have any health concerns or health

5    disabilities or illness?

6    A     I wouldn't say disability, but he had a stent

7    that was put in his heart.  That happened, I guess,

8    in 2003, I believe, because I was in Dallas when it

9    happened.

10   Q    Okay.

11   A    And he had high blood pressure -- no, he

12   didn't have high blood pressure.  He had -- he was

13   diabetic.  Sorry, he was diabetic.  My mom had high

14   blood pressure; sorry about that.  He got to the

15   point where he could control the diabetes with just

16   a pill, because he took a shot the first year, and

17   after that, I think it was the first year, and --

18   yes, he took Insulin for the first year.  After

19   that he took a pill.  They got it under control.

20   That is pretty much the only thing that I knew was

21   wrong with him.

22   Q    As far as his doctors are concerned, before

23   2008, did you know the names of his doctors?

24   A    To be honest, until that point I never had to

25   really pay attention to them.  I mean, he

↑

1    maintained all of his own stuff, all of his

2    finances, until 2008, let's say.  If he got sick in

3    July of 2008, that is when he first went to the

4    doctor, he controlled everything until June of --

5    June 30 of 2008.  He controlled everything on his

6    behalf, his doctors, finances, everything, so I am

7    not aware of that.

8    Q    Did you and your father share the same doctor

9    at any time?

10   A    No.  I was young; I didn't need a doctor back

11   then.

12   Q    So you didn't have a family physician or a

13   primary care doctor?

14   A    I didn't at that point.  He did.

15   Q    Before 2008, do you know if your father went

16   to any hospitals or medical clinics?

17   A    When he had the stent, and that was the only

18   time I am aware of.

19   Q    Which one did he go to for that stent?

20   A    Oh, I guess it was Methodist.  I am not sure.

21   That is the one closest to his house.  I don't know

22   when it -- it was in Methodist, and he had the

23   surgery.

24   Q    Do you know which doctor was treating him for

25   the diabetes?

1    A    I don't know.

2    Q    Did you ever go to a pharmacy for his

3    medication?

4    A    Yes, after 2008.

5    Q    Which --

6    A    I maintained all of his business.  Walgreen's

7    on Bullard.  That was the one where he already had

8    it set up, and I just had to pick up the

9    prescriptions.

10    Q    I understand that your father and your mother

11    divorced at some point.

12    A    Yes.

13    Q    Do you remember what year that was?

14    A    I was eight, so I guess around 1982, give or

15    take.  I am not sure.  I was a kid, so I don't

16    remember the exact date.  But it was in the early

17    eighties.

18    Q    Did he have, in the last ten years, did he

19    have any live-in companions?

20    A    No, he didn't have any steady girlfriend.  He

21    had friends but nobody ever lived with him.  He

22    always lived alone, but the women that he would

23    date, he would go out, see them out, they would

24    have dinner or whatever else, but nobody steady.

25          His take on that was that he lived through a

1    marriage already and he was happy being alone,

2    because he loved himself.  That is his exact words.

3    Q    Has anyone other than your attorneys ever

4    discussed whether your father was exposed to

5    asbestos?

6    A    No, not that I am aware of.  You mean to me?

7    Q    To you.

8    A    Oh, no.

9    Q    Okay.

10   A    No.

11   Q    Have you looked into any possible way your

12   father may have been exposed to asbestos?

13   A    No.  I mean, how can I do that?  Only thing I

14   can do is go by what the doctors told me, and to be

15   honest, I heard of mesothelioma, but prior to that,

16   I had no knowledge of what it was.  I mean, even

17   though you hear it, you don't know what it is.

18   Q    Now, did you ever hear that your father had

19   worked for Chrysler at Michoud in the 1960s?

20   A    Nope, never heard of it.

21   Q    Did you ever hear that your father may have

22   worked on the rocket boosters in the 1960s?

23   A    I don't know what he did in the sixties.  That

24   was fourteen years before I was born.  My father

25   wasn't the kind to talk about the past.  It was

1    hard enough to get him to talk about the present,

2    but I can't say that I knew that he worked on them

3    in the 1960s.  Now, I do know that he worked for --

4    prior to, I mean, he worked for Martin Marietta or

5    NASA, I am not sure which one, but what he did, I

6    have no idea.

7    Q    When you say "prior to," what do you mean --

8    A    Prior to when he worked in the nineties.  When

9    he stopped working for them in the nineties, he

10   worked for them once before.  He worked -- prior to

11   there he worked at South Central Bell for two

12   years, and prior to that he also worked out of

13   Martin Marietta or NASA, but I am not sure exactly

14   which one or what he did.  I am not sure about

15   that.

16   Q    Let me ask you about the South Central Bell

17   employment.  Was that around 1978 to 1980?

18   A    I guess.  It was about two years, so that may

19   be it.  I don't know what -- I just know he worked

20    there for two years.

21    Q    Do you know what he did for South Central Bell

22    when he worked for them for two years?

23    A    No; something with engineering, but I don't

24    really know.

25    Q    Where did he work for them, for South Central

1    Bell; was it here in New Orleans?

2    A    I believe it was here in New Orleans.  In

3    those years, he was home, he did not have a job

4    where he traveled.

5    Q    Do you know what building he worked in when he

6    worked for South Central Bell?

7    A    I have no idea.  I was a kid.  I didn't have

8    no directions back then, no.

9    Q    I think you said that at one point he worked

10    near the Naval facility, near UNO.

11    A    Yes.  In fact, it is the office building, the

12    brand-new building.  They had built it in '98 or

13    '97,  maybe, something like that.  There is a Naval

14    facility where Pontchartrain Beach used to be.  It

15    is right behind UNO, across the canal.

16    Q    What did he do there, did you know?

17   A    The same he was doing before he retired.  He

18   set the videoconferencing for the Navy, the

19   teleconferencing.  I know it shows as two different

20   names, but it was the same job.  He transferred

21   with the contractor who came in after that.  They

22   kept him on.

23   Q    Do you have any information or have you heard

24   of any information, other than from your attorney,

25   of why Martin Marietta or Lockheed was somehow

✦

1    responsible for your father's illness?

2         MR. DIDRIKSEN:

3         Other than what he was told by his lawyers?

4         MR. GROOME:

5          I think I prefaced it that way.

6         THE WITNESS:

7         My lawyer didn't tell me.

8         BY MR. GROOME:

9    Q    Don't tell me anything your lawyer said.

10   A    You asked me a question.  Can I answer it?

11   Q    Yes.

12   A    The lawyer didn't tell me that.  Like I told

13    you from my experience working there, I believe

14    that he got it from there because of when I found

15    out at that time I was working there, and now past

16    that, I don't know.  I don't know if it was the

17    whole building or anything like that, but that is

18    the belief that I have.  And I had believed that

19    prior to meeting my lawyers.

20    Q    Do you know the names of anybody who might

21    have more information regarding asbestos or

22    asbestos-containing products or anything related to

23    your father's illness?

24    A    No.

25         MR. GROOME:

♠

1         Okay.  I think I will go ahead and pass the

2    witness.

3         BY MR. WILKES:

4    Q    Mr. Williams, my name is Ren Wilkes and I have

5    just a few questions for you.  I want to go back to

6    when you were working for the outside contractor at

7    Michoud, Professional Construction, and you were

8    hired to install a doorway.

9    A    Yes.

10   Q    You indicated that asbestos was found in the

11   walls.  Do you know who made that asbestos, the

12   manufacturer?

13   A    I have no idea.

14   Q    Do you know what it consisted of, whether it

15   was a certain product or anything?

16   A    The only reason I know it was asbestos is

17   because I was told it was asbestos.  My supervisor

18   at the time, I don't remember the name, came over,

19   it was a two-guy job and I was supposed to change

20   it with a double-door frame.  We took one day to

21   remove the doorframe.  The next day there was a

22   white substance in the wall.  It was kind of

23   like -- it felt like a fiberglass, almost, and so I

24   was saying, "That looks like asbestos," and he

25   said, "We're going put the frame up," and I said,

♠

1   "You might want to check that," and when he called

2   the guy over, the guy shut us down.  The reason I

3   know they shut us down, we leave and the next

4   morning when we return they had a crew of guys in

5   white suits and they were saying that was asbestos,

6    and that we didn't need to put the door frame back

7    up, they had to remove the asbestos.

8    Q    And you say it was just a white substance that

9    was inside the walls that you saw?

10   A    Exactly.  The reason you know it, if you know

11   about door frames, it was like a two-inch door

12   frame on it.  It was a metal frame, so when you

13   remove that frame there is always like a little gap

14   or whatever.  It was only about two inches of it,

15   and when you rub it, you could feel the roughness

16   to it.

17   Q    You don't know who made that material?

18   A    I have no idea.  They didn't have any names on

19   it.

20   Q    Do you know when that building was built?

21   A    I have no idea.  It was there my whole life,

22   to my awareness.

23   Q    Did that building have a name that you went

24   in?

25   A    I believe it was the cafeteria.  That is what

↟

1    we were told, it was the cafeteria.

2    Q    Do you know if your father worked in the

3   cafeteria?

 4   A    I don't know if he worked in the cafeteria.  I

 5   know he had lunch at the facility.

 6   Q    Was your father there when you were opening up

 7   the door at any time?

 8   A    No, because my father was laid off, and I want

 9   to say he was laid off in ninety-three.

10   Q    This was after ninety-three?

11   A    This was after ninety-three.  This was about

12   three, maybe four years later, something like that.

13   Q    Is that your only knowledge of asbestos

14   products or asbestos material at the Michoud

15   facility?

16   A    That's my only knowledge with asbestos in my

17   whole life.  The only reason I knew it was

18   asbestos, like I said, the guy that was over the

19   plant, he came back and said, "You-guys don't have

20   anything to do, shut it down because that is

21   asbestos."  Otherwise I would have not known it

22   was.  I just knew it was a description of what I

23   was told it looked like, what I was told to look

24   for when I did construction jobs in our training

25   class when we first started.

```
 1   Q    If we wanted to find somebody who worked with

 2   your father and would have knowledge of the types

 3   of products or materials that he was working with

 4   or around that may have contained asbestos, you're

 5   not the person we need to be asking these questions

 6   to, right?

 7   A    No, I am not.  It was a top-secret facility,

 8   and most of the work my dad did, he couldn't

 9   disclose that to us anyway.  All I knew as a kid

10   growing up, my dad worked on the space shuttle.

11   Q    As far as the people who may have that

12   knowledge, you told us already - you told

13   Mr. Groome earlier - all the people's names you

14   remember who may have been coworkers of your

15   father's?

16   A    The one who may have the most knowledge about

17   what my daddy worked on was Jimmy.  I know Jimmy

18   worked under my daddy at one point and at one point

19   him and Jimmy were equal.

20        MR. WILKES:

21        Mr. Williams, thank you very much.  Those are

22   all my questions.

23        MR. DIDRIKSEN:
```

24        I want to note that it is almost 3:15, and the

25   original notice time was 3:00, and we haven't had

1    any additional contacts or visits by anybody.

2         Before the court reporter leaves, I will get

3    copies of those e-mails and I will print them out

4    and bring them back.

5              (Deposition concluded)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

```
 1                    CERTIFICATE

 2      I, Paul W. Williams, C.C.R. No. 72025, a

 3  Certified Court Reporter in and for the State of

 4  Louisiana, do hereby certify:

 5      That prior to being examined, the witness

 6  named in the foregoing deposition was by me duly

 7  sworn to testify the truth, the whole truth, and

 8  nothing but the truth.

 9      That said deposition was taken before me at

10  the time and place set forth and was taken down by

11  me in shorthand (Stenotype) and thereafter reduced

12  to computerized transcription by me or under my

13  direction and supervision, and I hereby certify the

14  foregoing deposition is a full, true and correct

15  transcript of my notes so taken.

16      I further certify that I have acted in
```

17    compliance with the prohibition on contractual

18    relationships (La. Code of Civil Procedure Article

19    1434) and am not related to counsel nor related to

20    any party to said action nor in anywise interested

21    in the outcome thereof.

22        IN WITNESS WHEREOF, I have hereunto subscribed

23    my name this 28th day of June, 2013.

24

25    _____
               Paul W. Williams, C.C.R. No. 72025